# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SARAH WEBB, INDIVIDUALLY, | § | |
| AND AS REPRESENTATIVE OF THE | § | |
| ESTATE OF MATTHEW WEBB, | § | |
| DECEASED, AND AS NEXT FRIEND OF | § | |
| B.J.W.W., A MINOR | § | |
| | § | |
| V. | § | CASE NO. 4:09CV211 |
| | § | (Judge Schneider/Judge Mazzant) |
| PACCAR LEASING COMPANY, A | § | |
| DIVISION OF PACCAR FINANCIAL CORP. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 18, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand be GRANTED.

The parties have filed a Joint Notice Regarding Report and Recommendation of United States Magistrate Judge (Dkt. 22), indicting that all parties have conferred and agree that no party will file objections to the Magistrate Judge's findings. Therefore, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. It is therefore

**ORDERED** that Plaintiff's Motion to Remand (Dkt. 12) is GRANTED.

**IT IS SO ORDERED.**

SIGNED this 22nd day of June, 2009.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE